**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>VITALY FEDOROV,<br><br>   Defendant. | Case No. 2:19-cr-00080-KJD-NJK<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Tuesday, July 28, 2020 at 9:00 a.m., be vacated and continued to November 3, 2020 at the hour of 9:00 a.m.; or to a time and date convenient to the court.

   DATED this 21st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

3