**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>VITALY FEDOROV,<br><br>       Defendant. | Case No. 2:19-cr-00080-KJD-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Tuesday, November 24, 2020 at 11:00 a.m., be vacated and continued to March 23, 2021 at the hour of 9 : 00 a .m.; or to a time and date convenient to the court.

    DATED this 20th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE