## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>VITALY FEDOROV,<br><br>           Defendant. | Case No. 2:19-cr-00080-KJD-NJK<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Tuesday, April 13, 2021 at 9:30 a.m., be vacated and continued to __June 22, 2021__ at the hour of _9_ : _30_  _a_.m.; or to a time and date convenient to the court.

   DATED this 12th day of April 2021.

_____
UNITED STATES DISTRICT JUDGE